1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CESAR EDWIN CARBALLO,

Case No. 5:25-cv-03176-SPG-AJR

12 |                Petitioner,

**ORDER PARTIALLY GRANTING STIPULATION TO RESCHEDULE BRIEFING SCHEDULE AND IN-PERSON HEARING DATE [ECF NO. 14]**

13 |       v.

14 | FERETI SEMAIA, Faculty Administrator, Adelanto ICE Processing Center;

15

16 | ERNESTO SANTACRUZ, JR., in his official capacity, Los Angeles Field Office Director, U.S. Immigration and Customs

17 | Enforcement; KRISTI NOEM, in her official capacity, Secretary of the U.S.

18 | Department of Homeland Security; and

19 | PAMELA BONDI, in her official capacity, Attorney General of the United States,

20

21 |               Respondents.

22

23      Before the Court is the joint Stipulated Briefing Schedule (ECF No. 14

24 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the

25 Court partially GRANTS the Stipulation and ORDERS the following schedule for

26 Petitioner Cesar Edwin Carballo's ("Petitioner") Motion for Preliminary Injunction:

27      1.    Petitioner's Opening Brief is due December 11, 2025, at 5:00 p.m.

28

-1-

2.   Respondents' Fereti Semaia, Ernesto Santacruz, Jr., Kristi Noem, and Pamela
     Bondi (together, "Respondents") Answering Brief is due December 15, 2025,
     at 5:00 p.m.

3.   The Order to Show Cause hearing on why a preliminary injunction should not
     issue is continued from December 10, 2025, at 9:00 a.m. to December 16,
     2025, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  December 9, 2025



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE