# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR EDWIN CARBALLO,<br><br>                Petitioner,<br><br>    v.<br><br>FERETI SEMAIA, Faculty Administrator, Adelanto ICE Processing Center; ERNESTO SANTACRUZ, JR., in his official capacity, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity, Attorney General of the United States<br><br>                Respondents. | Case No. 5:25-cv-03176-SPG-AJR<br><br>**AMENDED ORDER GRANTING JOINT STIPULATION TO RESCHEDULE BRIEFING SCHEDULE AND IN-PERSON HEARING DATE [ECF NO. 20]** |

Before the Court is the Joint Status Report and Stipulation, (ECF No. 20 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS the following briefing schedule:

1. The Order to Show Cause hearing set for January 7, 2026, at 11:00 a.m., is continued to January 21, 2026, at 11:30 a.m.

2. The deadline for Respondents Fereti Semaia, Faculty Administrator at the Adelanto ICE Processing Center; Ernesto Santacruz, Jr., in his official capacity as Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement ("ICE"); Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"); and Pamela Bondi, in her official capacity as Attorney General of the United States (collectively, "Respondents"), to file their Answering Brief in response to Petitioner Cesar Edwin Carballo's ("Petitioner") Motion for Preliminary Injunction, (ECF No. 17), is continued to January 9, 2026, at 5:00 p.m.

3. Petitioner may file a Reply, if any, by January 16, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**

DATED: January 7, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE