# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR EDWIN CARBALLO,<br><br>                              Petitioner,<br><br>         v.<br><br>FERETI SEMAIA, Facility Administrator, Adelanto ICE Processing Center; ERNESTO SANTACRUZ, JR., in his official capacity, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity, Acting Attorney General of the United States,<br><br>                              Respondents. | Case No. 5:25-cv-03176-SPG-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 30]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, (ECF No. 1), the Report and Recommendation of the United States Magistrate Judge, (ECF No. 30), and all the records and files herein.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

-1-

Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED.  Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are enjoined from re-detaining Petitioner without first providing Petitioner with a pre-deprivation bond hearing before a neutral decisionmaker, at which the government must demonstrate that there has been a material change in circumstances since Petitioner was released on bond on December 17, 2025, that justifies detention.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment in on Petitioner at the current address of record, as well as on all Respondents. Judgment will be entered forthwith.

**IT IS SO ORDERED.**

DATED:  May 4, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-