JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CESAR EDWIN CARBALLO,

                    Petitioner,

     v.

FERETI SEMAIA, Facility Administrator, Adelanto ICE Processing Center; ERNESTO SANTACRUZ, JR., in his official capacity, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity, Acting Attorney General of the United States,

                    Respondents.

Case No. 5:25-cv-03176-SPG-AJR

**JUDGMENT [JS-06]**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are enjoined from re-detaining Petitioner

-1-

without first providing Petitioner with a pre-deprivation bond hearing before a neutral decisionmaker, at which the government must demonstrate that there has been a material change in circumstances since Petitioner was released on bond on December 17, 2025, that justifies detention.

**IT IS SO ORDERED.**

DATED: May 4, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-